United States District Court
Southern District of Texas
**ENTERED**
August 17, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EDWIN ALFREDO GARCIA, *Plaintiff,* | § § § | |
| v. | § § | Civil Action No. 4:21-cv-01649 |
| EDWARD ACOSTA, GYPSUM MANAGEMENT AND SUPPLY, INC., ENTERPRISE FLEET MANAGEMENT, INC. and EDWIN BLADIMIR GARCIA *Defendants* | § § § § § § | |

## ORDER GRANTING JOINT MOTION TO CONTINUE INITIAL SCHEDULING CONFERENCE FOR 30 DAYS

On this day, came on for consideration Plaintiff and Defendants' Joint Motion to Continue Initial Scheduling Conference for 30 Days. Upon consideration of the Motion, the Court finds that the Motion should be **GRANTED**.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiff and Defendants' Joint Motion to Continue Initial Scheduling Conference for 30 Days is hereby Rescheduled to 9/21/2021 at 10 a.m.
**GRANTED**.

SIGNED on  August 17 , 2021 at Houston, Texas.

_____
Sam Sheldon
United States Magistrate Judge

4848-1662-8470.1